| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. S. 06-347 WBS |
| v. ) | |
| JORGE FIGUEROA-BANUELOS ) | |
| ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:     **JORGE FIGUEROA-BANUELOS**
Detained at (custodian):     **CSP CALIPATRIA**

Detainee is:    a.)    (**X**) charged in this district by: (**X**) Indictment ( ) Information ( ) Complaint
                          charging detainee with: Being a Deported Alien Found in the United States
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (**X**) be retained in federal custody until final disposition of federal charges, as a sentence
                          is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael M. Beckwith |
| Printed Name & Phone No: | MICHAEL M. BECKWITH/916-554-2797 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/6/06

/s/ Gregory G. Hollows

figueroa.ord                                                     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jorge Banuelos-Figueroa, Ramon Figueroa | Male  X  Female | |
| Booking or CDC #: | T77684 | DOB: | |
| Facility Address: | 7108 Blair Road | Race: | |
| | Calipatria, CA  92233 | FBI #: | 425336PA0 |
| Facility Phone: | 760-348-7000 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____     By: _____
                                                                  (Signature)