DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE FIGUEROA-BANUELOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0347 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| JORGE FIGUEROA-BANUELOS, | ) |
| Defendant. | ) Date: October 11, 2006<br>) Time: 9:00 a.m.<br>) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 11, 2006, be vacated and the case continued until November 22, 2006, at 9:00 a.m. for further status conference. This continuance is sought to permit receipt and consideration of a pre-plea presentence report and anticipated plea offer based on that presentence report.

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2   Trial Act be excluded from the filing of this stipulation until
3   November 22, 2006, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
4   Local Code T-4, defense preparation.
5   **IT IS SO STIPULATED**.

7   Dated:  October 10, 2006          /S/ Michael Beckwith
                                      Michael M. Beckwith
8                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff

10  Dated:  October 10, 2006           /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
11                                    Assistant Federal Defender
                                      Attorney for Defendant
12                                    JORGE FIGUEROA-BANUELOS

                        **O R D E R**

    **IT IS SO ORDERED**.
                By the Court,

Dated:  October 10, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-