```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  JORGE FIGUEROA-BANUELOS

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:06-cr-0347 WBS
                                 )
14            Plaintiff,         )
                                 )  STIPULATION AND [PROPOSED] ORDER
15       v.                      )  VACATING DATE, CONTINUING CASE
                                 )  AND EXCLUDING TIME
16  JORGE FIGUEROA-BANUELOS,     )
                                 )
17            Defendant.         )  Date:  December 13, 2006
                                 )  Time:  9:00 a.m.
18  _____)  Judge: Hon. William B. Shubb

19
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for December 13, 2006, be vacated and the case continued until January 22, 2007, at 8:30 a.m. for further status conference.  This continuance is sought to permit further investigation concerning aspects of a prior conviction that is material to evaluation of the consequences of a conviction and of sentencing in the above matter.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until January 22, 2007, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED**.

Dated:  December 11, 2006     /S/ Michael Beckwith
                              Michael M. Beckwith
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Dated:  December 11, 2006     /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JORGE FIGUEROA-BANUELOS

**O R D E R**

**IT IS SO ORDERED**.

By the Court,

Dated:  December 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                    -2-