1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JORGE FIGUEROA-BANUELOS

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:06-cr-0347 WBS
                                   )
14                 Plaintiff,      )
                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
15        v.                       )  CONTINUING CASE
                                   )
16  JORGE FIGUEROA-BANUELOS,       )
                                   )  Date:  May 14, 2012
17                 Defendant.      )  Time:  9:00 a.m.
                                   )  Judge: Hon. William B. Shubb
18  _____  )

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21  Attorney Michele M. Beckwith, Counsel for Plaintiff, and Assistant

22  Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the

23  status conference / Admit or Deny Hearing scheduled for May 14. 2012,

24  be vacated and the case continued until June 4, 2012 at 9:30 a.m., for

25  status.

26      This continuance is sought in light of notice from the government

27  that an indictment on new charges may be forthcoming and so that

28  decisions affecting Mr. Figueroa's response to all charges can be made

1    in light of the government's decision.

2         **IT IS FURTHER STIPULATED** that time for trial under the Speedy

3    Trial Act is not implicated in this matter which involves a petition

4    alleging a violation of supervised release.

5         **IT IS SO STIPULATED.**

6

7    Dated:  May 9, 2012                    /S/ Michele Beckwith
                                            Michele M. Beckwith
8                                           Assistant U.S. Attorney
                                            Counsel for Plaintiff
9

10   Dated:  May 9, 2012                    /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
11                                          Assistant Federal Defender
                                            Attorney for Defendant
12                                          JORGE FIGUEROA-BANUELOS

13

14                          **O R D E R**

15        **IT IS SO ORDERED.**

16                    By the Court,

17

18
     Dated:  May 10, 2012
19

20   _____
     WILLIAM B. SHUBB
21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation & Order          -2-