1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:  06-cr-0347 WBS KJN P

12                 Respondent,

13        v.                                 ORDER

14   JORGE FIGUEROA-BANUELOS, a.k.a.
     JORGE BANUELOS, a.k.a., JORGE
15   BANUELOS-FIGUEROA,

16                 Movant.

17

18        Movant is a federal prisoner proceeding without counsel with a motion to vacate, set

19   aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On June 19, 2014, respondent filed a

20   motion to dismiss.  (ECF No. 56.)  Movant has not opposed the motion.

21        Accordingly, IT IS HEREBY  ORDERED that within twenty-one days of the date of this

22   order, movant shall show cause why respondent's motion should not be granted based on

23   movant's failure to file an opposition.

24   Dated:  October 1, 2014

25

26   Ban347.ord                           KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
27

28

                                             1