1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  2:06-cr-0347 WBS KJN P

12          Respondent,

13       v.                                 ORDER

14   JORGE FIGUEROA-BANUELOS, a.k.a.
     JORGE BANUELOS, a.k.a. JORGE
15   BANUELOS-FIGUEROA,

16          Movant.

17

18          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or

19   correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21          On February 24, 2015, the magistrate judge filed findings and recommendations herein

22   which were served on all parties and which contained notice to all parties that any objections to

23   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

24   objections to the findings and recommendations.

25          The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

27   ORDERED that:

28          1.  The findings and recommendations filed February 24, 2015, are adopted in full;

                                            1

1       2.  Respondent's motion to dismiss (ECF No. 56) is granted; and

2       3.  The Clerk of the Court is directed to close the companion civil case No. 2:14-cv-1196;

3   and

4       4.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. §

5   2253.

6   Dated:  March 24, 2015

7   WILLIAM B. SHUBB

8   UNITED STATES DISTRICT JUDGE

9

10   Banu0347.801.vac

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28